FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

**Case Number:** 20-16799 RAM
**Case Name:** 8130 Acquisition Corporation LLC

**Period Ending:** 03/31/22

**Trustee:** SONEET R. KAPILA, CHAPTER 7 TRUSTEE
**Filed (f) or Converted (c):** 09/29/21 (c)
**§341(a) Meeting Date:** 11/15/21
**Claims Bar Date:** 12/17/21

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Synovus Bank account 7802 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Security Deposit with landlord | 32,080.34 | 0.00 | | 0.00 | FA |
| 3 | Miami NDT, Inc.<br>COMPANY IS IN BANKRUPTCY | Unknown | 0.00 | | 0.00 | FA |
| 4 | Miami NDT Engine Services, inc. | Unknown | Unknown | | 0.00 | Unknown |
| 5 | Customer List<br>STAY RELIEF GRANTED ON ALL ASSETS IN CHAPTER 11 | 8,106,462.00 | 0.00 | | 0.00 | FA |
| 6 | East West Bank Account (u) | 0.00 | 1,126.08 | | 1,126.08 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$8,138,542.34** | **$1,126.08** | | **$1,126.08** | **$0.00** |

**Major activities affecting case closing:**
CBD: 12/17/21
TAX RETURN STATUS: NONE REQUIRED AT THIS TIME

CASE STATUS: THIS CASE CONVERTED FROM A CHAPTER 11.  IT IS JOINLY ADMINISTERED WITH SEVEN OTHER RELATED CASES.  THE TRUSTEE HIRED DREW DILLWORTH, ESQ. TO REPRESENT THE ESTATE.

**Initial Projected Date of Final Report (TFR):**  March 31, 2024     **Current Projected Date of Final Report (TFR):**  March 31, 2024

Page: 1

## Form 2
## Cash Receipts and Disbursements Record

| | |
|---|---|
| **Case Number:** | 20-16799 RAM |
| **Case Name:** | 8130 Acquisition Corporation LLC |
| **Taxpayer ID#:** | ******4911 |
| **Period:** | 04/01/21 - 03/31/22 |

| | |
|---|---|
| **Trustee:** | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
| **Bank Name:** | Signature Bank |
| **Account:** | ******2506 - Checking |
| **Blanket Bond:** | $53,950,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Tran. Code | 6<br>Receipts $ | 7<br>Disbursements $ | 8<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/21 | Asset #6 | EAST WEST BANK CASHIERS CHECK | FUNDS TURNED OVER FROM CHAPTER 11 ACCOUNT | 1290-010 | 1,126.08 | | 1,126.08 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,121.08 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,116.08 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,111.08 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,106.08 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,101.08 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,096.08 |

| | Receipts | Disbursements | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,126.08 | 30.00 | $1,096.08 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 1,126.08 | 30.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,126.08** | **$30.00** | |

| | |
|---|---|
| Net Receipts: | $1,126.08 |
| Net Estate: | $1,126.08 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2506 | 1,126.08 | 30.00 | 1,096.08 |
| | $1,126.08 | $30.00 | $1,096.08 |